UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10103-CIV-MARTINEZ/GOODMAN

BRAD BUEHRLE,

    Plaintiff,

v.

CITY OF KEY WEST,

    Defendant.

_____/

REPORT AND RECOMMENDATIONS CONCERNING
PLAINTIFF'S MOTION TO ALTER OR AMEND FINAL JUDGMENT

AND

ORDER SETTING BRIEFING SCHEDULE
FOR APPELLATE ATTORNEY'S FEES REQUEST

Plaintiff Brad Buehrle filed a Motion to Alter or Amend Final Judgment ("Motion"). [ECF No. 84]. Defendant City of Key West filed a response in opposition [ECF No. 88], and Plaintiff filed a reply [ECF No. 89]. United States District Judge Jose E. Martinez referred the Motion to the Undersigned. [ECF No. 86].

Plaintiff subsequently filed an Unopposed Motion for Oral Argument before Magistrate Judge, requesting thirty minutes to present arguments on the Motion to Alter or Amend Final Judgment. [ECF No. 90]. The Undersigned granted the request [ECF No. 91], and held a hearing on the Motion [ECF No. 94].

Despite the positions taken and the arguments raised in the briefing, the parties agreed at the hearing that vacating the judgment under Federal Rule of Civil Procedure 60(b) is the appropriate relief. Accordingly, the Undersigned **respectfully recommends** that the District Court **vacate** the final judgment [ECF No. 75] and **direct** the parties to file a new joint scheduling report for a future bench trial.

Concerning the pending request for Plaintiff's appellate attorney's fees, the Undersigned is directing Defendant to file a response to the appellate fees request on or before June 30, 2016. Plaintiff may file a reply on or before July 11, 2016.

**OBJECTIONS**

Pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Rule 4(b), the Parties have **3** days after being served with a copy of this Report and Recommendations to serve and file written objections, if any, with the District Court. Each Party may file a response to the other Party's objection within **1** day of the objection.[1] Failure to file timely objections shall bar the Parties from a de novo determination by the District Court of an issue covered in this Report and Recommendations and bar the Parties from attacking on appeal the factual findings contained herein. *Resolution Trust Corp. v. Hallmark Builders,*

---

[1] The Undersigned is shortening the time for objections because the parties agree with the recommended relief.

*Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993) (citing *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988)).

**RESPECTFULLY RECOMMENDED and ORDERED** in Chambers, in Miami, Florida, on June 21, 2016.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
The Honorable Jose E. Martinez
All Counsel of Record